MABEL ROONEY, Respondent, *v.* WILLIAM F. ROONEY, Appellant.

Submitted January 8, 1940; decided January 12, 1940.

*Edwin G. Jenkins* for motion.

*Harry Berger* and *Reuben L. Haskell* opposed.

Motion denied on the ground the appellant may appeal as of right.